JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
FRANCISCO ESPINOZA,           )    NO. CV 09-6287-CJC(E)
                              )
          Petitioner,         )
                              )
     v.                       )    JUDGMENT
                              )
WARDEN,                       )
                              )
          Respondent.         )
_____)
```

Pursuant to the "Order Denying and Dismissing Petition Without Prejudice," the Petition is denied and dismissed without prejudice.

DATED: September 1, 2009.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE